Case 12-36537    Doc 10    Filed 10/05/12    Entered 10/10/12 09:56:03    Desc Main
Document    Page 1 of 2

12-36537:7.0:Application to Proceed In Forma Pauperis:Main Document Entered: 9/18/2012 1:19:35 PM by:Amilany Jauregui Page 4 of 4

B3B (Official Form 3B) (11/11) -- Cont.

## UNITED STATES BANKRUPTCY COURT

In re: **VERSE PATTERSON**                Case No. **12-36537**
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **206** on or before **10-18-12**

$ **100** on or before **10-26-12**

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: **OCT - 5 2012**

BY THE COURT
J.6x  *Jacqueline P. Cox*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 )
Verise Paterson, ) Bankruptcy No.  12 B 36537
           Debtor. )

## CERTIFICATE OF MAILING

I, <u>Althea Askew</u>, hereby certify that on <u>October 5, 2012</u>, I caused to be served via First Class Mail copies of the attached <u>Order On Debtor's Application For Waiver Of The Chapter 7 Filing Fee</u> to the parties named below.

**Verise Paterson**
8129 S. Sangamon
Chicago, IL 60620

**David R. Herzog**
Herzog & Schwartz PC
77 W. Washington Suite 1717
Chicago, IL 60602

By: _____
Courtroom Deputy